IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRENETTE VAUGHN                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:15CV174-SA-DAS

STARKVILLE MANOR
HEALTHCARE, LLC                                                                   DEFENDANT

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [45] is GRANTED. Plaintiff's claims are dismissed. This case is CLOSED.

IT IS SO ORDERED, this 14th day of March, 2017.

                                                                       /s/ Sharion Aycock
                                                                  UNITED STATES DISTRICT JUDGE